IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DMARCUS BLACK                                                    PLAINTIFF

v.                        No. 3:18-cv-183-DPM

KEVIN MOLDER, Sheriff, Poinsett
County; BECKY HITTS, Captain,
Poinsett County Detention Center; and
SUSAN COX, Nurse, Poinsett County
Detention Center                                                 DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Black hasn't responded to the Court's 2 November 2018 Order; his mail is still being returned undelivered. № 7–10. Black's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). His motion for leave to proceed *in forma pauperis*, № 5, is denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2019