# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

DMARCUS BLACK                               PLAINTIFF

v.            No. 3:18-cv-183-DPM

KEVIN MOLDER, Sheriff, Poinsett
County; BECKY HITTS, Captain,
Poinsett County Detention Center; and
SUSAN COX, Nurse, Poinsett County
Detention Center                          DEFENDANTS

## JUDGMENT

Black's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2019